In This Court Of Record At The United States District Court District of Massachusetts

**Kemeh, Kevin Dela**

    Plaintiff,

vs.

**Jason Silvestri; Brian Fluery; Jacob Moisio; William Recos; Larry Flowers; Daniel Litchfield**
*in their individual capacity,*

    Defendants

Case Number: 22-CV-40023

NO TRIAL BY JURY
Speedy Trial By Judge

FILED IN CLERK'S OFFICE
MAR 14 '22 PM 3:02 USDC MA

# Affidavit of Involuntary Servitude By Defendants

**BACKGROUND:** On July 7, 2021 and August 1, 2021 Plaintiff, a man, was exercising his right to travel in his private automobile. Defendants: **Jason Silvestri; Brian Fluery; Jacob Moisio** and **William Recos, police officers of the Paxton police department** extorted plaintiff **twice** for exercising his rights, plaintiff is now suing.

On September 8, 2021 Plaintiff, a man, was exercising his right to travel in his private automobile. Defendants: **Larry Flowers** and **Daniel Litchfield, police officers of quinsigamond community college** extorted plaintiff for exercising his rights. **They could have also possibly destroyed federal property, the passport card, plaintiff is now suing.**

**United States Constitution; Fourth Amendment**
The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no Warrants shall issue, but upon probable cause, supported by Oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized.

**United States Constitution; Fifth Amendment**
No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a Grand Jury, except in cases arising in the land or naval forces, or in the Militia, when in actual service in time of War or public danger; nor shall any person be

subject for the same offence to be twice put in jeopardy of life or limb; nor shall be compelled in any criminal case to be a witness against himself, nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use, without just compensation.

**United States Constitution; Second Amendment**
A well regulated Militia, being necessary to the security of a free State, the right of the people to keep and bear Arms, shall not be infringed.

**Massachusetts Constitution Article XVII.**
The people have a right to keep and to bear arms for the common defence. And as, in time of peace, armies are dangerous to liberty, they ought not to be maintained without the consent of the legislature; and the military power shall always be held in an exact subordination to the civil authority, and be governed by it.

**Massachusetts Constitution Article I.**
All men are born free and equal, and have certain natural, essential, and unalienable rights; among which may be reckoned the right of enjoying and defending their lives and liberties; that of acquiring, possessing, and protecting property; in fine, that of seeking and obtaining their safety and happiness.

**Massachusetts Constitution Article Article XIV.**
Every subject has a right to be secure from all unreasonable searches, and seizures, of his person, his houses, his papers, and all his possessions. All warrants, therefore, are contrary to this right, if the cause or foundation of them be not previously supported by oath or affirmation; and if the order in the warrant to a civil officer, to make search in suspected places, or to arrest one or more suspected persons, or to seize their property, be not accompanied with a special designation of the persons or objects of search, arrest, or seizure: and no warrant ought to be issued but in cases, and with the formalities prescribed by the laws.

The Supremacy clause establishes that the federal constitution, and federal law generally, supersedes state laws, and even state constitutions. The United States constitution is the highest law on the land for the De Jure United states of America. As such, Massachusetts constitution is the highest law on the land for Massachusetts, state. Both constitutions are written in accordance with the natural law to protect the people.

Massachusetts and the United States Constitution protect the life, liberty and property of all men and women with due process of law, the right to bear arms, the right to be secure in persons, houses, papers, free of seizure of property without a warrant, etc. The constitutions protect the basic liberties of all men and women.

United States Constitution; Ninth Amendment
The enumeration in the Constitution, of certain rights, shall not be construed to deny or disparage others retained by the people.

The ninth amendment is written in accordance with the natural law. Meaning, all other rights retained by the people and not mentioned in the bill of rights shall not be denied nor considered insignificant.

The right to travel is simple, it is like riding a bike, except you are in an automobile. You are simply going from **point A** to **point B**. As long as one is not engaged in commerce **(for profit)** in an automobile all men and women can travel freely without a license. The right to travel in a private automobile is a natural inalienable right that is secured in the United States and Massachusetts constitution. Going from place to place freely everyday is an essential right.

The purpose of a Driver's License is for commercial (for profit) activity. The notion that you [ need a "license" to quote on quote ["drive"] is merely a fiction of the mind.

Plaintiff now invokes the ninth amendment and retains the right to travel in a private automobile. This court, including defendants CANNOT deny plaintiff's right to travel.

18 U.S. Code § 31 - Definitions; Motor vehicle.— The term "motor vehicle" means every description of carriage or other contrivance propelled or drawn by mechanical power and used for commercial purposes on the highways in the transportation of passengers, passengers and property, or property or cargo.

Driver: One employed in conducting a coach, carriage, wagon, or other vehicle, with horses, mules, or other animals, or a bicycle, tricycle, or motor car, though not a street railroad car. See Davis v. Petrinovich, 112 Ala. 654, 21 South. 344, 36 L. R. A.615; Gen. St. Conn. 1902,

49 U.S. Code § 31301 - Definitions: "driver's license" means a license issued by a State to an individual authorizing the individual to operate a motor vehicle on highways.

49 U.S. Code § 31301 - Definitions: "commerce" means trade, traffic, and transportation

INTERSTATE COMMERCE, OPERATING A MOTOR VEHICLE, OPERATING A VEHICLE USED FOR COMMERCIAL PURPOSES AND QUOTE ON QUOTE A "DRIVER" ARE ALL COMMERCIAL CAPACITIES THAT NEED TO BE AUTHORIZED BY THE STATE WITH A LICENSE AND ACCOMMODATED WITH REGISTRATION, INSURANCE AND INSPECTION.

Upon interpreting the U.S. Codes and case law, "Operating A Motor Vehicle " or operating any vehicle used for commercial purposes is commercial capacity that would require a license.

**Plaintiff was exercising his right to travel in his private automobile. Police Officers cannot impede on the people's right to travel in an automobile. Police Officers can only regulate people engaged in commerce with their vehicle.** This includes a "Driver"; "Operating A Motor Vehicle" or operating any vehicle used for commercial purposes. **The wording, the legalease may be hard to comprehend, especially for first timers, but it's the truth and it's the law!** The State only regulates commerce.

The State only issues a license to "Operate a Motor Vehicle" because it is the most common form of travel. Through coercion, legalese and deception, the State, with the help of some [bar members] and [police] have convinced people they [need] a ["license"] to travel freely from place to place in an automobile (non-commercial):The people do not!

**Massachusetts Constitution, Article V:** "All power residing originally in the people, and being derived from them, the several magistrates and officers of government, vested with authority, whether legislative, executive, or judicial, are their substitutes and agents, and are at all times accountable to them."

**Massachusetts Constitution, Article IV:** The people of this commonwealth have the sole and exclusive right of governing themselves, as a free, sovereign, and independent state; and do, and forever hereafter shall, exercise and enjoy every power, jurisdiction, and right, which is not, or may not hereafter, be by them expressly delegated to the United States of America in…

**New Hampshire Constitution: Bill of Rights, [Article.] 7. [State Sovereignty]**
The people of this State have the sole and exclusive right of governing themselves as a free, sovereign, and independent State; and do, and forever hereafter shall, exercise and enjoy every power, jurisdiction, and right, pertaining thereto, which is not, or may not hereafter be, by them expressly delegated to the United States of America in Congress assembled.

**Wyoming Constitution: Declaration of Rights, Section 1. Power inherent in the people**:
All power is inherent in the People, and all free governments are founded on their authority, and instituted for their peace, safety and happiness; for the advancement of these ends they have at all times an inalienable and indefeasible right to alter, reform or abolish the government in such manner as they may think proper.

**Michigan Constitution: Declaration of Rights Section. 1:**
All political power is inherent in the people. Government is instituted for their equal benefit, security and protection.

**Maryland Constitution: Declaration of Rights, Article. 4:**
That the People of this State have the sole and exclusive right of regulating the internal government and police thereof, as a free, sovereign and independent State.

**Montana Constitution: Declaration of rights, Article 2. Self-government.**
The people have the exclusive right of governing themselves as a free, sovereign, and independent state. They may alter or abolish the constitution and form of government whenever they deem it necessary.

**Public officials are put in office, bound to the constitutions to protect the people's rights and to serve them. In all the union states of America all political power is derived and inherent within the people.** Meaning, the people of all states are not required to serve the State. All the people also have the sole right of governing themselves as a free, sovereign and an independent state. Meaning, all the people in the union states of America, plaintiff included, are not bound nor restricted to the statues of any State. The people are not confined to State statutes and ultimately cannot be compelled to ["obey"] State statutes, not all State statutes apply to people. If one chooses, the people, plaintiff included, can exercise their right to travel freely in an automobile.

**and I quote from a supreme court case.**

"The people who created this government endowed it with broad powers. They created a sovereign state with power to function as a sovereignty. But the citizens themselves are sovereign, and their citizenship is not subject to the general powers of their government."
| U.S. Supreme Court: Perez v. Brownell, 356 U.S. 44 (1958) |

**United States Constitution 13th Amendment:** Neither slavery nor involuntary servitude, except as a punishment for crime whereof the party shall have been duly convicted, shall exist within the United States, or any place subject to their jurisdiction.

**Michigan Constitution: Declaration of Rights Section 9:Slavery and involuntary servitude.**

Neither slavery, nor involuntary servitude unless for the punishment of crime, shall ever be tolerated in this state.

**Nebraska Constitution: Article 1, Bill Of Rights, Slavery prohibited.**

There shall be neither slavery nor involuntary servitude in this state.

By Massachusetts and the United States constitution it has already been proven: The people, plaintiff included, are not required to serve the State. The people, plaintiff included, have the sole right of governing themselves as a free, sovereign and independent state.

**Notice of Involuntary Servitude In Massachusetts by Defendants:** The 13th amendment and even the state constitution prohibits slavery or involuntary servitude, yet when officers of the governement notice people are trying to exercise their rights and become free as men they knowingly violate the state and the United States Constitution to force people to be slaves or to involuntarily serve the State by treating them as an ens legis; meaning a creature of the law, when the people are inherently not. This happens with the right to travel, using natural remedies for cures or anything of any nature that does not drive revenue for the State.

Plaintiff lost thousands of dollars paying fees to retrieve his own property back. Then he lost career opportunities, time, energy and happiness, which are all assets money cannot buy. It's all equivalent to involuntary servitude, with intent to deprive the people of life, liberty, property and to extort money out of the people to drive income for the State.

Plaintiff, one of the people of Massachusetts, state, and the De Jure United States of America is protected with its constitutions. During the traffic stop there was no crime nor a breach of public peace. Plaintiff presented his rights to defendants, police officers **(public servants)** and they ignored him. Defendants trespassed on plaintiffs automobile without a warrant **(stealing), 4th amendment violation.** Defendants arrested and imprisoned plaintiff without a warrant**(kidnap), 5th amendment violation.** Defendants trespassed on plaintiff's life, liberty, property and extorted him without reasonable action, **9th and 13th amendment violation.**

When one is not a Citizen of the United States when police officers identify the passport through government computer systems it gives the injunction; [ "DO NOT DETAIN; DO NOT ARREST" ]. Larry Flowers hated the fact that he was not suppose to arrest plaintiff. Larry Flowers clearly dislikes plaintiff, during the traffic stop he slandered plaintiff a terrorist for exercising his right to travel. The plate on plaintiff's automobile was missing when he retrieved his automobile back and when plaintiff received his property back from Worcester district court the passport card was also suddenly missing. ==Presumptions are not always true, but when a series of events line up in a convincing way it is safe to assume Larry Flowers or Daniel Litchfield may have conspired to confiscate or destroy the passport card (federal property ), under 18 U.S. Code § 1361 Government property. This presumption will stand unless defendants can rebut it.==

Defendants detained, kidnapped, imprisoned plaintiff, stole his property and extorted him because he was traveling (non-commercial) in his private automobile without serving the State with a license. Defendants were merely trying to cattle plaintiff as a slave for corporate Massachusetts. Plaintiff lost time, money, energy, career opportunities and happiness, all because of a "license" he is not required to have. ==Defendants: Larry Flowers or Daniel Litchfield then [destroyed or confiscated] the passport card, federal property with intent to teach plaintiff a lesson or stop him from exercising his rights.== Larry Flowers and Daniel Litchfield actions towards plaintiff are extremely unholy.

The right to travel in an automobile (non-commercial) is a constitutionally secured right! "There can be no sanction or penalty imposed upon one because of his exercise of constitutional rights." A sanction nor a penalty cannot be imposed on plaintiff because of him exercising a constitutional right (right to travel) | Sherar v. Cullen , 481 F. 2d 945 (1973) |

**Arizona State Constitution; Article 2, Declaration of rights, Section 3**

A. The Constitution of the United States is the supreme law of the land to which all government, state and federal, is subject.

==**B. To protect the people's freedom and to preserve the checks and balances of the United States Constitution….**==

**United State Constitution Article (6) VI Clause 2**

This Constitution, and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made, or which shall be made, under the Authority of the United States, shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding.

The Senators and Representatives before mentioned, and the Members of the several State Legislatures, and all executive and judicial Officers [ **Timothy S. Hillman or the presiding judge included** ], both of the United States and of the several States, shall be bound by Oath or Affirmation, to support this Constitution; but no religious Test shall ever be required as a Qualification to any Office or public Trust under the United States.

To conclude, Defendants: **Jason Silvestri, Brian Fluery, Jacob Moisio, William Recos, Larry Flowers and Daniel Litchfield** had no jurisdiction to do what they did. All men and women have the right to life, liberty and property. Defendants violated the **fourth amendment**, the **fifth amendment,** the **ninth amendment**, the **13th amendment** and **Massachusetts constitution**. **Larry Flowers or Daniel Litchfield may have conspired to destroy or confiscate the passport card under 18 U.S. Code § 1361 - Government property. Defendants operated beyond their legal powers to oppress plaintiff and that is not acceptable.**

Defendants: **Jason Silvestri, Brian Fluery, Jacob Moisio, William Recos, Larry Flowers and Daniel Litchfield** are being sued in their individual capacity for constitutional torts under 42 U.S. Code § 1983. All defendant's claims of sovereign immunity are officially rebutted. There is no immunity from involuntary servitude. Defendants will be held liable to all claims and damages. "A municipality has no immunity from liability under § 1983 flowing from its constitutional violations, and may not assert the good faith of its officers as a defense to such liability" | **Owen v. City of Independence, 445 U.S. 622(1980), a supreme court case** |

**CERTIFICATE OF SERVICE TO DEFENDANTS**

**Defendants:** Jason Silvestri; Brian Fluery; Jacob Moisio; William Recos
   **Address:** 576 Pleasant Street
         Paxton, Massachusetts 01612

**Defendants:** Larry Flowers; Daniel Litchfield
   **Address :** 670 West Boylston Street
         Worcester, Massachusetts 01606

New Hampshire Right To Travel Bill: <mark>Exhibit A</mark>

Passport Card Missing Letter From U.S. Department of State: <mark>Exhibit B</mark>

Larry Flowers & Daniel Litchfield Trespassing on plaintiff's car: Towing Receipt: <mark>Exhibit C</mark>

Jason, Brain, Jacob, & William Trespassing on plaintiff's car: Towing Receipts: <mark>Exhibit D</mark>

Incident Pictures: <mark>Exhibit E</mark>

<mark>TRIAL BY JUDGE, SPEEDY TRIAL INVOKED</mark>

## Notary as JURAT CERTIFICATE

__Massachusetts__ [State] }

__Worcester__ [County] }

On this __14th__ day of __March__, 20__22__ before me,

Notary Public- Massachusetts

__Kevin D. Kemeh__ proved to me based on satisfactory evidence to be the man whose name is subscribed to this instrument. Kemeh, Kevin Dela executed the same as the man, one of the people of Massachusetts, state, SUI JURIS DE JURE and upon his AUTOGRAPH this affidavit shall stand as TRUTH, EVIDENCE and JUDGMENT Forevermore.

I VERIFY UNDER PENALTY OF PERJURY under the lawful laws of Massachusetts and under the laws of the United States of America that this document is true and correct to my knowledge

_____
Kevin Dela Kemeh

_____
**Autograph of Jurat**

Melissa R. Lupo
NOTARY PUBLIC
Commonwealth of Massachusetts
My Commission Expires
April 28, 2028