HB 1778-FN-A-LOCAL - AS INTRODUCED

*Exhibit A* [handwritten]

18-2144
03/10

2018 SESSION [circled, handwritten]

*New Hampshire bill on "right to travel"* [handwritten, circled]

HOUSE BILL *1778-FN-A-LOCAL*

AN ACT relative to registration of commercial motor vehicles and operator's/drivers' licenses.

SPONSORS: Rep. Marple, Merr. 24; Rep. Itse, Rock. 10; Rep. Comeau, Carr. 5

COMMITTEE: Transportation

-----------------------------------------------------------------

ANALYSIS

This bill restates the "right to travel" and requires the department of safety to provide at no cost to all noncommercial automobile and noncommercial conveyance owners a decal and identification card that states the holder is exempt from registering his or her private conveyance under the Uniform Commercial Code exemption for consumer goods and household goods.

This bill also repeals requirements for certain drivers to aquire noncommercial drivers' licenses.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Explanation: Matter added to current law appears in *bold italics.*
Matter removed from current law appears [in brackets and struckthrough.]
Matter which is either (a) all new or (b) repealed and reenacted appears in regular type.
18-2144
03/10

STATE OF NEW HAMPSHIRE

*In the Year of Our Lord Two Thousand Eighteen*

AN ACT relative to registration of commercial motor vehicles and operator's/drivers' licenses.

*Be it Enacted by the Senate and House of Representatives in General Court convened:*

1   Statement of Purpose.   The general court finds that the authority of the department of safety is limited to only the commercial users of the public ways and that the corporate state employees have, by their silence, failed to fully inform the sovereign people of this state that an automobile has been confirmed by Chief Justice Grimes, in 108 N.H. 386, to be "private

property" defined by current RSA 382-A:9-109, as "household goods" and "consumer goods" not for commercial use or for profit or gain.  Further, the courts have found that corporate public servants who ignore their accountability as mandated in Article 8, N.H. Bill of Rights have by their silence and failure to fully inform the sovereign people of the consequences arising from the corporate "offer to contract," is deemed silent deception and inducement by fraud.

2  Right to Travel.  RSA 261:40 is repealed and reenacted to read as follows:

261:40  Right to Travel.

I.  For the purposes of this section:

(a)  "Automobile" and "motorcycle" means any self-propelled conveyance used for noncommercial travel upon the public ways.

(b)  "Motor vehicle" means any self-propelled conveyance designed and used upon the public ways for profit or gain in business or commerce.

(c)  "Household goods" or "consumer goods" has the same meaning as the Uniform Commercial Code found at RSA 382-A:9-102 and shall include an automobile.  Automobiles and all noncommercial conveyances shall be exempt from the license and registration required of commercial motor vehicles.

(d)  "Operator" or "driver" means one who controls the movement of a conveyance upon the public way for commercial or business purposes.

(e)  "Traveler" means one who controls the automobile or other noncommercial conveyance.

(f)  "Common law" means the sole remedy for any controversy arising from or by the public use of household goods or consumer goods such as an automobile or other noncommercial conveyance.

II.  The department of safety shall provide, at no cost, every noncommercial automobile owner or owner of an other noncommercial conveyance with an appropriate decal imprinted with the words "RSA 382-A:9-109 Exempt."  The division of motor vehicles shall also issue all noncommercial traveler a photo identification card at no cost with the words "RSA 382-A:9-109 Exempt" printed on such identification card.  This identification card is not a contract or a license or instrument that would require compelled performance by the holder and shall provide every law enforcement agency with notice of the holder's exemption from the statutes that are required for the commercial use of the public way for profit or gain.

III.  The automobile and all noncommercial conveyances are exempt from registration and taxation and the owner of such automobile or noncommercial conveyance are exempt from the requirement of a license that is necessary for commercial use of the public ways.  The owner of the automobile shall be considered to be exercising the common unalienable "Right to Travel on the public right-of-way in the ordinary and lawful pursuit of life, liberty, and the pursuit of happiness."

3  Vanity Plate Fees.  Amend RSA 263:52, I to read as follows:

I.  The proceeds from [original license fees as provided in RSA 263:42 and] the vanity plate service fee collected in accordance with RSA 261:89, plus the fee for the renewal of the use of such plates, after any refunding authorized by law and costs of such plates or designation of effective periods thereof and issuance of same have been appropriated and deducted, shall be expended for course materials, licensing of schools, and certification of instructors in connection with safe motor vehicle driving conducted in or under the supervision of secondary schools.  Such balance shall be kept in a separate fund.  The commissioner of safety shall adopt, pursuant to RSA 541-A, and publish, rules governing the courses of instruction and

**United States Department of State**
*Washington, D.C. 20520*

*Exhibit B* (handwritten)

October 07, 2021 (handwritten, circled)

In reply refer to: CP-2021-0005775660
Applicant Name: KEMEH, KEVIN DELA

KEVIN DELA KEMEH

KEVIN DELA KEMEH
48 BELLVISTA RD
WORCESTER, MA 01602

*I had to report the passport card lost* (handwritten, circled)

Dear Mr. KEMEH:

Thank you for reporting your U.S. travel document(s) as **Lost**. The information you submitted regarding **U.S. Passport Card Number C25247129** was entered into the Consular Lost and Stolen Passport System (CLASP). This system is designed to prevent the misuse of a U.S. passport book or passport card reported lost or stolen by an individual attempting to travel or enter into the United States. Your U.S. travel document is invalid and anyone presenting this travel document will be detained upon entry into the United States.

If found, you may keep your invalid travel document as a memento or return it to the Consular Lost and Stolen Passport Unit for destruction. The invalid document may NOT be used for travel. You may return your found travel document to the following address:

U.S. Department of State
Consular Lost and Stolen Passport Unit
CA/PPT/S/L/LE
44132 Mercure Circle
P.O. Box 1227
Sterling, VA 20166-1227

**Please note that if you have urgent travel and are in need of a new passport, you should bring this confirmation letter with you and apply at your nearest passport agency.** If you would like additional information on how to obtain a new passport book or card, please visit www.travel.state.gov.  To schedule an appointment or to locate a Passport Agency, contact the National Passport Information Center at 1-877-487-2778 (TTY 1-888-847-7793).

We hope this information is helpful to you. If we can be of further assistance, please contact us at 202-485-6600.

Sincerely,

Passport Services
Office of Legal Affairs
Law Enforcement Liaison Division
Consular Lost and Stolen Passport Unit

## Walter C. Cranston & Son

205 W. Boylston Street, W. Boylston MA 01583
Phone: (508) 835-3720 | Fax : (508) 835-6582

*Exhibit C*

*kevin dela*

# Impound Invoice

Printed 9/9/2021

**Released To**

| | | | |
|---|---|---|---|
| Invoice # | 21-0908-1046 | **Reason for Impound** | Unregistered / Uninsured |
| Call # | 1046 | VIN Number | 1NXBR32E68Z949366 |
| Account | QUINSIGAMOND COMMUNITY COLLEGE - CAMPUS POLICE | Model | 2008 Toyota Corolla (Tan) |
| | | Drivable | Yes |
| Date/Time Requested | 9/8/2021 8:40 AM | Keys | Yes |
| Date/Time Dispatched | 9/8/2021 8:40 AM | Towed from | 640 W Boylston St, Worcester, MA 01606, USA |
| Date/Time Enroute | 9/8/2021 8:40 AM | Stored at | Walter C. Cranston & Son |
| Date/Time Arrived to scene: | 9/8/2021 8:40 AM | | 205 W. Boylston Street, West Boylston MA 01583 |
| Date/Time Towing Time: | 9/8/2021 8:40 AM | Police Hold | No |
| Date/Time Destination Arrival: | 9/8/2021 8:40 AM | | |
| Date/Time Completed: | 9/8/2021 8:40 AM | | |
| Date/Time Impounded: | 9/8/2021 8:40 AM | | |
| Truck | 88 FORD F550 | | |
| Date/Time Released: | 9/9/2021 11:54 AM | | |
| Days Held in Impound | 2 days | | |

*tresspassing on private property*

Notes

Release Notes:

| Charges | Quantity | Price | Line Total |
|---|---|---|---|
| Unloaded/Enroute Mileage | 2.6 | $3.60 | $9.36 |
| Loaded/Hooked Mileage | 2.6 | $3.60 | $9.36 |
| Impounds/Storage: Daily Impound Rate | 2 | $35.00 | $70.00 |
| Fuel Surcharge | 1 | $0.97 | $0.97 |
| Quinsigamond Community College Campus Police Orderd Tow | 1 | $108.00 | $108.00 |
| Gate / Yard Access Service Fee (bring vehicle to public access area due to insurance liability) | 1 | $85.00 | $85.00 |

| | |
|---|---|
| Towing Subtotal | $212.69 |
| Storage - Storage Fees Subtotal | $70.00 |
| Subtotal | $282.69 |
| Taxes | $0.00 |
| Grand Total | $282.69 |

**Amount Due: $0.00 / Paid**
**Cash payment of $282.69 applied on 9/9/2021**

Walter C. Cranston & Son, is not responsible for damages caused by faulty tires and lug nuts, faulty bumper brackets, lowered or altered vehicle height ect. Walter C. Cranston & Son, assumes no responsibility for the loss or damage by theft, fire, water, snow, ice or any other cause beyond our control, to any vehicle placed with us for to ving, storage, or repair. Storage begins as soon as the vehicle enters our secure impound area. Due to insurance liability, all disabled vehicles will be brought out of our impound area by a representative of W.C. Cranston & Son, to a "Public Access Area". Vehicles that have door / window access by the outside elements will be covered with "Crash Wrap" to keep the outside elements out, and the inside of the vehicle preserved. * FUEL SURCHARGE UNDER 220 CMR 272.00. THE DPU SHALL CALCULATE THE FUEL SURCHARGE AS A FACTOR THAT MAY BE MULTIPLIED BY THE SUM OF THOSE APPLICABLE RATES AND CHARGES RELATING TO FUEL-BURNING OPERATIONS OF THE SERVICE VEHICLES (tow & mileage fee) I, THE UNDERSIGNED, DO HEREBY CERTIFY THAT I AM LEGALLY AUTHORIZED AND ENTITLED TO TAKE POSSESSION OF THE VEHICLE DESCRIBED ABOVE AND ALL PERSONAL PROPERTY THEREIN I HAVE RECEIVED AND ALL PERSONAL PROPERTY IN SATISFACTORY CONDITION.

Driver Signature: _____

Signature: _____   Date: _____

USDOT: 594822

*Exhibit D*

**PAXTON AUTO SERVICE & COLLISION**
324 PLEASANT ST.
PAXTON, MA. 01612
(508) 752-0634

# Road Service

| DATE | TIME | A.M./P.M. | REQUESTED BY |
|------|------|-----------|--------------|
| 07/07/2016 | 8:36 | | Paxton Police |

| NAME | | PHONE |
|------|--|-------|

ADDRESS

| CITY | STATE | ZIP |
|------|-------|-----|

LOCATION OF VEHICLE: Pleasant St. at Eagle Lane

| YEAR, MAKE, MODEL | COLOR | DRIVER |
|-------------------|-------|--------|
| 2007 Toyota | Gold | |

| STATE | LIC. PLATE NO. | VEHICLE ID. NO. | REGISTERED OWNER |
|-------|----------------|-----------------|------------------|
| | | INNBR32E607940S366 | |

## MILEAGE
FINISH 367.4
START 366.8
TOTAL 0.6

## SERVICE TIME
FINISH 9:40
START 8:35
TOTAL 1:25

## EXTRA PERSON
FINISH _____
START _____
TOTAL _____

## REASON FOR TOW
☐ ACCIDENT
☐ ARREST
☑ UNREGISTERED
☐ TOW ZONE
☐ SNOW REMOVAL
☐ ABANDONED
☐ STOLEN CAR
☐ BREAK DOWN
☐ LOCK OUT
☐ START
☐ FLAT TIRE
☐ OUT OF GAS
☐ IMPOUNDED
*Emissions*

## SPECIAL EQUIPMENT
☐ SINGLE LINE WINCHING
☐ DUAL LINE WINCHING
☐ SNATCH BLOCKS
☐ SCOTCH BLOCKS
☐ DOLLY

## TYPE OF TOW
☐ SLING/ HOIST TOW
☑ FLAT BED/ RAMP
☐ WHEEL LIFT
☐

## TOWED PER ORDER OF
☐ STATE POLICE
☑ LOCAL POLICE
☐ OWNER
☐ DEALER

## VEHICLE TOWED TO
FIRST TOW: Paxton Auto
SECOND TOW:

## STORAGE FROM
07/07/2016   7/8   1   DAYS @ $35.4

## PAID BY
☐ CASH   ☐ CHECK   DRIVERS LIC. NO.
☐ CREDIT CARD   ☐ MC   ☐ VISA   ☐ AMEX   EXP. DATE
CC NO.

OPERATOR'S SIGNATURE _____ DATE

TRUCK NO. _____   Tow to 46 Beluda   DATE 2.00

AUTHORIZED SIGNATURE _____ DATE

VEHICLE RELEASED TO _____ (sub total) DATE 225.00

| TOWING CHARGE | 108.4 |
|---------------|-------|
| MILEAGE CHARGE | |
| EXTRA PERSON | |
| SPECIAL EQUIPMENT | |
| LABOR CHARGE | |
| STORAGE | 35.00 |
| SUB-TOTAL | |
| TAX | |
| **TOTAL** | **143.00** |

11:00   7/7/21

Not responsible for loss or damage to vehicle
in case of fire, theft or any other cause beyond our control.

**Thank You**
PRODUCT 2525

1939

tresspassing on private property
plantiff pays to recieve his property back

**PAXTON AUTO SERVICE & COLLISION**
324 PLEASANT ST
PAXTON, MA 01612
(508)752-0634

# Road Service

Exhibit D

| | | |
|---|---|---|
| DATE 08/01/2021 | TIME 810 A.M. (P.M.) | REQUESTED BY Paxton Police | P.O. NO. |

| NAME | PHONE |
|---|---|

ADDRESS

| CITY | STATE | ZIP |
|---|---|---|

LOCATION OF VEHICLE Grchwal's Ave

| YEAR, MAKE, MODEL 2003 Toyota | COLOR Gold | DRIVER |
|---|---|---|

| STATE | LIC. PLATE NO. | VEHICLE I.D. NO. JTMBR32E68129 13do | REGISTERED OWNER |
|---|---|---|---|

| MILEAGE | SERVICE TIME | EXTRA PERSON |
|---|---|---|
| FINISH 882.8 | FINISH 845 | FINISH |
| START 879.2 | START 810 | START |
| TOTAL 3.6 | TOTAL 35 | TOTAL |

| REASON FOR TOW | | | SPECIAL EQUIPMENT |
|---|---|---|---|
| ☐ ACCIDENT | ☐ ABANDONED | ☐ FLAT TIRE | ☐ SINGLE LINE WINCHING |
| ☑ ARREST | ☐ STOLEN CAR | ☐ OUT OF GAS | ☐ DUAL LINE WINCHING |
| ☑ UNREGISTERED | ☐ BREAK DOWN | ☐ IMPOUNDED | ☐ SNATCH BLOCKS |
| ☐ TOW ZONE | ☐ LOCK OUT | ☐ | ☐ SCOTCH BLOCKS |
| ☐ SNOW REMOVAL | ☐ START | ☐ | ☐ DOLLY |

| TYPE OF TOW | TOWED PER ORDER OF | VEHICLE TOWED TO |
|---|---|---|
| ☐ SLING / HOIST TOW | ☐ STATE POLICE | FIRST TOW Paxton Auto |
| ☐ FLAT-BED / RAMP | ☑ LOCAL POLICE | |
| ☑ WHEEL LIFT | ☐ OWNER | SECOND TOW |
| ☐ | ☐ DEALER | |

| STORAGE FROM | | TOWING CHARGE | 108 in |
|---|---|---|---|
| 08/01/2021 TO 1 DAYS @ $ 35.00 | | MILEAGE CHARGE | |
| PAID BY | | EXTRA PERSON | |
| ☐ CASH   ☐ CHECK   DRIVERS LIC. NO. | | SPECIAL EQUIPMENT | |
| ☐ CREDIT CARD   ☐ MC   ☐ VISA   ☐ AMEX   EXP. DATE | | LABOR CHARGE | 3500 |
| CC NO. | Paid in full | STORAGE | 3500 |
| OPERATOR'S SIGNATURE                DATE | | | |
| TRUCK NO. | $100 00 for | SUB-TOTAL | |
| AUTHORIZED SIGNATURE                DATE   second tow to tatruck | | TAX | |
| VEHICLE RELEASED BY                DATE | | TOTAL | 14300 |

Not responsible for loss or damage to vehicle
in case of fire, theft or any other cause beyond our control.

1954

**Thank You**
PRODUCT 2525

trespassing on private property, #2
plaintiff pay for the second time to retrieve his
property again.

Exhibit E: Incident Pictures



Brian Plvery          Laser Flower



Jason Silvestri





Kidnap: extortion on plaintiff, arrest, imprisonment



tresspassing on life liberty and property



Larry Flowers



Daniel Litchfeild

