In This Court Of Record At The United States District Court District of Massachusetts

| | |
|---|---|
| **Kemeh, Kevin Dela** <br><br> Plaintiff, <br><br> vs. <br><br> **Jason Silvestri; Brian Fluery; Jacob Moisio; William Recos; Larry Flowers; Daniel Litchfield** <br> *in their individual capacity,* <br><br> Defendants | Case Number: 22-CV-40023 <br><br><br> NO TRIAL BY JURY <br> Speedy Trial By Judge |

FILED IN CLERK'S OFFICE

## REQUEST FOR A DECISION

Time is up for Defendants. According to the court order Defendants had 10 days to file a response to plaintiff's brief in regards to [ the dismissal of plaintiff's complaint ]. **Defendants have been properly served; a certificate of service was filed on 03/25/2022. Defendants have failed to file a response.** Plaintiff is in pursuit of justice, a speedy one, as he deserves so. Plaintiff wishes for this court to make a decision on whether his case should be dismissed or not. If plaintiff's case is somehow dismissed he will pursue the case in the Supreme Court of the United States of America. "The history of the right to a speedy trial and its reception in this country clearly establish that it is one of the most basic rights preserved by our Constitution." | Klopfer v. North Carolina, 386 U.S. 213 (1967) | **Plaintiff invoked a speedy trial, a decision must be made quickly.**

### VERIFICATION

Executed: Worcester, Massachusetts on ___April 6, 2022___ by Kemeh, Kevin Dela, the man subscribed within the instrument and that by his autograph on the instrument the man executed, the instrument and all claims and rights asserted or not by the man stands as truth and EVIDENCE forevermore.

I VERIFY UNDER PENALTY OF PERJURY under the lawful laws of Massachusetts, state, and under the lawful laws of the De Jure United States of America that this document is true and correct to my knowledge.

_____
**Kevin Dela Kemeh**