In This Court Of Record At The United States District Court District of Massachusetts

| | |
|---|---|
| **Kemeh, Kevin Dela**<br><br>    Plaintiff,<br><br>vs.<br><br>**Jason Silvestri; Brian Fluery; Jacob Moisio; William Recos; Larry Flowers; Daniel Litchfield**<br>    *in their individual capacity,*<br><br>    Defendants | Case Number: 22-CV-40023<br><br>NO TRIAL BY JURY<br>Speedy Trial By Judge<br><br>FILED IN CLERKS OFFICE<br>MAY 18 '22 PM 1:46 USDC MA |

# DEMAND FOR DECISION

Time is up for Defendants. It has been over 60 days since Plaintiff responded to the court order. Defendants had ample time to analyze plaintiff's claims and manufacture a response, they have failed to do so.

## Notice of Prejudice by Timothy S Hillman:

Plaintiff filed his motions and served Defendants accordingly. A proof of service was filed on 3/28/2022 along with the response. Plaintiff also moved the court with the "Request for a Decision" filed on 4/07/2022. Despite plaintiff's efforts Timothy S Hillman has failed to issue an order, delaying for no valid reason. Mr. Hillman [believed] plaintiff's claims were frivolous, so Plaintiff addressed them in his response. Defendants were served with the response and they have failed to respond, **yet Mr. Hillman still REFUSES to accept the facts in the case.**

"The history of the right to a speedy trial and its reception in this country clearly establish that it is one of the most basic rights preserved by our Constitution."
| Klopfer v. North Carolina, 386 U.S. 213 (1967) |

## Massachusetts Constitution: XI [11]

Every subject of the commonwealth ought to find a certain remedy, by having recourse to the laws, for all injuries or wrongs which he may receive in his person, property, or character. He ought to obtain right and justice freely, and without being obliged to purchase it; completely, and without any denial; promptly, and without delay; conformably to the laws

Timothy S Hillman has a track record of being prejudiced against Plaintiff. From the previous cases Mr. Hillman never issued any orders nor decisions on motions. He always delayed or waited as if time was insignificant, violating plaintiff's right to a speedy trial. To this current moment Mr. Hillman remains violating plaintiff's right to a speedy trial by refusing to issue an order or decision on the case.

Dear Timothy S Hillman, Defendants have acquiesced to plaintiff's affidavit claims. The current facts and law of the case will forever remain the same. Plaintiff now moves the court to make a decision on the case. Decision meaning Defendants should be compelled to respond to plaintiff's complaint and motion for summary judgement. Failure to make a decision will only strengthen Judge Timothy S Hillman's prejudice against plaintiff.

**CERTIFICATE OF SERVICE TO DEFENDANTS**

**Defendants:** Jason Silvestri; Brian Fluery; Jacob Moisio; William Recos;
**Represented by Courtney Mayo**
446 Main Street, 12th Floor
Worcester, MA 01608

**Defendants:** Larry Flowers; Daniel Litchfield
**Represented by Mark P Sutliff**
**Assistant Attorney General**
**Government Bureau/Trial Division**
One Ashburton Place, Room 1813
Boston, MA 02108

## VERIFICATION

Executed: Worcester, Massachusetts on ___May 18, 2022___ by Kemeh, Kevin Dela, the man subscribed within the instrument and that by his autograph on the instrument the man executed, the instrument and all claims and rights asserted or not by the man stands as truth and EVIDENCE forevermore.

I VERIFY UNDER PENALTY OF PERJURY under the lawful laws of Massachusetts, state, and under the lawful laws of the De Jure United States of America that this document is true and correct to my knowledge.

_____
Kevin Dela Kemeh